**Order entered June 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00892-CR
No. 05-20-00893-CR
No. 05-20-00894-CR
No. 05-20-00895-CR
No. 05-20-00896-CR
No. 05-20-00897-CR
No. 05-20-00898-CR
No. 05-20-00899-CR
No. 05-20-00918-CR
No. 05-20-00919-CR

**JONATHON DALE MCDONALD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-36385-M, F20-36384-M, F20-11897-M, F20-11898-M, F20-11856-M, F20-36296-M, F20-36299-M, F20-36297-M, F20-36392-M & F20-36363-M**

**ORDER**

Before the Court is the State's June 23, 2021 motion for an extension of time

to file its brief. We **GRANT** the motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/ DENNISE GARCIA
   JUSTICE